UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
DARIUSZ SIERGIEJUK,           :
                              :
                Plaintiff,   :   **ECF CASE**
                              :
    v.                      :
                              :   07 Civ. 10357 (DLC)
MICHAEL MUKASEY, et al.,      :
                              :
                Defendants.  :   NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         January 29, 2008

                                                Respectfully submitted,

                                                MICHAEL J. GARCIA
                                                United States Attorney for the
                                                Southern District of New York

                            By:    /s/_____
                                                F. JAMES LOPREST, JR.
                                                Special Assistant United States Attorney
                                                86 Chambers Street, 3rd Floor
                                                New York, New York 10007
                                                Telephone: (212) 637-2728
                                                Facsimile: (212) 637-2786
                                                Email: james.loprest@usdoj.gov

TO:    Parker Purcell Waggaman
         292 5th Avenue
         New York, NY 10001