

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 4th Floor
New York, New York 10007

June 30, 2008

**MEMO ENDORSED**

BY HAND

Honorable Denise Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08
```

Re:   Siergiejuk v. Mukasey
      07 Civ. 10357 (DLC)

Dear Judge Cote:

   I am writing respectfully to request a thirty-day extension, to July 30, 2008, of the Government's time to file a motion to dismiss the complaint in the above-referenced action for lack of subject matter jurisdiction or, in the alternative, for summary judgment. The Government needs the time requested to obtain declarations from agency officials that are necessary to its preparation of its motion, and to the Court's full consideration of it. Although I have tried to obtain the consent of Mr. Siergiejuk's counsel, Parker Waggaman, Esq., to the adjournment, I have not yet received a response to my telephone voicemail messages.

   I thank the Court for its consideration of that request, and respectfully further request that the Court direct this letter to be docketed as part of its record in this action.

                                            Respectfully,

                                            MICHAEL J. GARCIA
                                            United States Attorney

                                    By:     _____
                                            F. JAMES LOPREST, JR.
                                            Special Assistant United States Attorney
                                            Tel. No.: (212) 637-2728

TO:   BY TELEFACSIMILE
      AND FIRST CLASS MAIL

      Parker Waggaman, Esq.
      292 Fifth Avenue, 4th Floor
      New York, NY 10001

*[Handwritten endorsement:]* The motion is due August 1, 2008; opposition is due August 29, 2008; reply is due September 12, 2008. Movant shall present Chambers with 2 courtesy copies of all papers when the reply is filed. Denise Cote July 1, 2008